[No. 31912-8-II.  Division Two.  May 24, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. OTIS TURNER PIPPEN, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 04-1-00316-1, Jill Johanson, J., entered June 23, 2004. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Quinn-Brintnall, C.J., and Morgan, J.

[No. 32275-7-II.  Division Two.  May 24, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. MATTHEW RYAN HASTINGS, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 00-1-01609-3, Robert L. Harris, J., entered September 21, 2004. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Bridgewater and Van Deren, JJ.

[No. 21148-7-III.  Division Three.  May 24, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. KENDRA L. WATT, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 01-1-00548-4, Carolyn A. Brown, J., entered May 22, 2002. *Affirmed* by unpublished opinion per Kato, C.J., concurred in by Sweeney and Kurtz, JJ.

[No. 22529-1-III.  Division Three.  May 24, 2005.]

WHECO CORPORATION, *Plaintiff*, v. ROSS BROS. & COMPANY, INC., *Appellant*, BETHLEHEM CONSTRUCTION, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Franklin County, No. 01-2-50738-1, Carolyn A. Brown, J., entered October 20, 2003. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kato, C.J., and Brown, J.